SEDGWICK LLP
EDWARD A. STUMPP, State Bar No. 157682
*edward.stumpp@sedgwicklaw.com*
HALL R. MARSTON, State Bar No. 77307
*hall.marston@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone: 213.426.6900
Facsimile: 877.547.6580

Attorneys for Plaintiffs Humana Insurance Company, Humana Health Plan, Inc., Humana Health Plan of California, Inc., and Arcadian Health Plan, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| HUMANA INSURANCE COMPANY, a Wisconsin corporation; HUMANA HEALTH PLAN, INC., a Kentucky corporation; HUMANA HEALTH PLAN OF CALIFORNIA, INC., a California corporation; and ARCADIAN HEALTH PLAN, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TENET HEALTH SYSTEM, a Texas corporation,<br><br>Defendant. | Case No. 1:16-CV-01450-AWI-SAB<br><br>[**PROPOSED**] ORDER RE PLAINTIFFS' REQUEST TO SEAL DOCUMENTS |

IT IS HEREBY ORDERED THAT Plaintiffs' Request to Seal Documents is GRANTED and that the following documents filed in support of Plaintiffs' Request for a Temporary Restraining Order as exhibits to the Declaration of Aliza Arjoyan shall be filed under seal:

1. Exhibit A – Hospital Participation Agreement between Defendant and Plaintiff Humana Insurance Company (and its listed affiliates);

2. Exhibit D – A draft Hospital Capitation Participation Agreement for Doctors

1 Hospital of Modesto;

2     3.     Exhibit E – A draft Hospital Capitation Participation Agreement for Doctors
3 Hospital of Manteca (although incorrectly identified as "Modesto");

4     4.     Exhibit G – The Hospital Capitation Participation Agreement for Doctors Hospital
5 of Manteca executed by Ms. Amy Dozier;

6     5.     Exhibit H – The executed Capitation Agreement for Doctors Hospital of Manteca;

7     6.     Exhibit I – The executed Capitation Agreement for Doctors Hospital of Modesto.

9 IT IS SO ORDERED.

10 Dated: September 30, 2016                                     

11                                   SENIOR DISTRICT JUDGE