**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| HUMANA INSURANCE COMPANY, a Wisconsin corporation; HUMANA HEALTH PLAN, INC., a Kentucky corporation; HUMANA HEALTH PLAN OF CALIFORNIA, INC., a California corporation; and ARCADIAN HEALTH PLAN, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TENET HEALTH SYSTEM, a Texas corporation,<br><br>Defendant. | Case No.: 1:16-cv-1450-AWI-SAB<br><br>**[PROPOSED] ORDER RE: TENET'S REQUEST TO SEAL DOCUMENT IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

**IT IS HEREBY ORDERED** that, pursuant to Local Rule 141(b), Defendant Tenet Healthcare Corporation's Request to Seal Document in support of its Opposition to Motion for Preliminary Injunction is GRANTED. The following document shall be removed from the public record and shall be filed under seal:

1. Exhibit 1 to the Declaration of Dara Lynn in support of Tenet's Opposition to Motion for Preliminary Injunction, Docket No. 22-2: "Hospital Capitation Participation Agreement" between Tenet and Plaintiffs Humana Insurance Company, Humana Health Plan, Inc., Humana Health Plan of California, Inc., and Arcadian Health Plan, Inc. and concerning Doctors Hospital of Modesto.

IT IS SO ORDERED.

Dated:  October 11, 2016                      _____
                                              SENIOR DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES